UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

JOEL TERNES,                                          CIVIL NO. 12-2959 (MJD/JSM)

    Plaintiff,

v.                                                                    ORDER

SOC. SECURITY ADMINISTRATOR,
ADA EMPLOYER, PAMELA HOLLAND,
and ADA EMPLOYEE,

    Defendants.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated November 28, 2012.  No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that:

1.  Plaintiff's application for leave to proceed in forma pauperis, (Docket No. 2), is DENIED; and

2.  This action is summarily DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: January 7, 20113

                                                                    s/Michael J. Davis
                                                                   MICHAEL J. DAVIS
                                                                   Chief United States District Judge